UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KULVIR SINGH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-cv-846-WBV-JVM** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL**. | **SECTION: "D" (1)** |

## ORDER OF REFERRAL

**IT IS ORDERED**, in accordance with Rule 73 of the Local Rules of this Court, that this cause be referred to a United States Magistrate Judge for the Eastern District of Louisiana, for the purpose(s) designated below:

1. \_\_\_\_\_  NON-DISPOSITIVE MOTION or other pre-trial matter be referred for Hearing and Determination pursuant to 28 U.S.C. 636(b)(1)(A): _____.

2. \_\_\_\_\_  MOTION as indicated below for hearing, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B):

    \_\_\_\_\_  for injunctive relief
    \_\_\_\_\_  for summary judgment
    \_\_\_\_\_  for judgment on the pleadings
    \_\_\_\_\_  to involuntarily dismiss
    \_\_\_\_\_  to dismiss or permit maintenance of a class action
    \_\_\_\_\_  for jail funding judgment
    \_\_\_\_\_  for attorney's fees

3. __X__  HABEAS CORPUS PETITION brought pursuant to 28 U.S.C. 2241 for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of proposed Findings and Recommendations for disposition pursuant to 28 U.S.C. 636(b)(1)(B) and (C).

4. \_\_\_\_\_  HABEAS CORPUS PETITION OR MOTION TO VACATE SENTENCE for preliminary review and, if necessary, for conducting hearing, including evidentiary hearing if necessary, and submission of proposed

    Findings and Recommendations for disposition pursuant to 28 U.S.C. 636(b)(1)(B) and (C) and, as applicable, Rule 8(b) of the Rules governing 2255 cases.

5. \_\_\_\_\_ TO SERVE AS SPECIAL MASTER, upon consent of the parties, to hear and determine the following matter and to file a Report including Findings and Recommendations, in accordance with the provisions of 28 U.S.C. 636(b)(2) and Rule 53 F.R.C.P.: _____.

6. \_\_\_\_\_ TO SERVE AS SPECIAL MASTER to hear and determine the following matter and to file a Report including Findings and Recommendations in accordance with the provisions of Rule 53 F.R.C.P.:_____.

7. \_\_\_\_\_ PAUPER CASE for:

   \_\_\_ Determination re: leave to proceed *in forma pauperis* pursuant to 28 U.S.C. 1915(a).

   \_\_\_ Finding and Recommendation re: dismissal of complaint as "frivolous or malicious," pursuant to 28 U.S.C. 1915(d).

8. \_\_\_\_\_ SOCIAL SECURITY CASE referred for hearing and for submission of Findings and Recommendations.

9. \_\_\_\_\_ TITLE VII CASE, not scheduled for trial within 120 days after issue was joined, referred pursuant to 42 U.S.C. 2000e-5(f)(5) and Rule 53, F.R.C.P.

10. \_\_\_\_\_ Handle all pre-trial matters including trial and pre-trial proceedings upon consent of the parties pursuant to 28 U.S.C. 636(c).

11. \_\_\_ OTHER:

New Orleans, Louisiana, April 20, 2020

            */s/ Wendy B. Vitter*
            **WENDY B. VITTER**
            **UNITED STATES DISTRICT JUDGE**