## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

KULVIR SINGH #A203-692-906      **CIVIL ACTION**

**VERSUS**           **NO. 20-846-WBV-JVM**

**SECRETARY OF THE**       **SECTION: "D"(1)**
**DEPARTMENT OF HOMELAND**
**SECURITY, ET AL.**

### ORDER

  The Court, having considered the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

  Accordingly,

  **IT IS HEREBY ORDERED** that Kulvir Singh's Petition seeking relief pursuant to 28 U.S.C. § 2241 (R. Doc. 3) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

  **IT IS FURTHER ORDERED** that Singh's Motion for Parole or Minimal Bond With Monitor (R. Doc. 11), is **DENIED WITHOUT PREJUDICE**.

  New Orleans, Louisiana, this 8th day of June, 2020.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**